# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALICEMARIE MARQUEZ, | ) | CASE NO. 1:25CV293 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | ORDER |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On February 14, 2025, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (ECF DKT #1). The Court referred this matter to Magistrate Judge Carmen E. Henderson pursuant to Local Rule 72.2. On October 29, 2025, the Magistrate Judge recommended that the Court overrule Plaintiff-Claimant's Statement of Errors and affirm the Commissioner's Decision which determined that Plaintiff is not disabled. Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Henderson's Report and Recommendation is **ADOPTED**

and the Commissioner's decision is **AFFIRMED**.


**IT IS SO ORDERED.**

                                          s/ Christopher A. Boyko
                                          **CHRISTOPHER A. BOYKO**
                                          **United States District Judge**

**Dated: January 12, 2026**